COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-04-322-CV

LARRY JAMES FERGUSON, AS
 APPELLANT

INDEPENDENT EXECUTOR OF THE

ESTATE 
OF L.J. FERGUSON, JR.,

DECEASED

V.

NORMA FERGUSON    APPELLEE

------------

FROM PROBATE COURT NO. 1 
OF TARRANT COUNTY

------------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered “Appellant’s Motion To Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.

PER CURIAM 

PANEL D: GARDNER, J.; CAYCE, C.J.; and MCCOY, JJ.

DELIVERED: March 3, 2005

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.